# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ALFONSO CIOFFI, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:13-CV-103-JRG-RSP |
| | § | |
| GOOGLE, INC. | § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
August 14, 2014

**OPEN: 9:00 am** **ADJOURN: 11:55 am**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Eric Benisek |
| | Rob MacArthur |
| | Bo Davis |
| | Charley Ainsworth |
| ATTORNEY FOR DEFENDANTS: | Stephanie Skaff |
| | Eugene Mar |
| | Mike Jones |
| | Cathleen Garrigan |
| TECHNICAL ADVISOR: | David Keyzer |
| LAW CLERK: | Rudy Fink |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Bo Davis announced ready and introduced co-counsel. Mike Jones announced ready and introduced co-counsel.

The Court heard argument on a term by term basis. Eric Benisek presented argument on behalf of Plaintiff. Stephanie Skaff and Mike Jones presented argument on behalf of Defendant.

The Court took the claim construction matters under submission.