# EXHIBIT 2

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | |
|---|---|
| **Bill To:** Billing Dept | |
| Google | |
| 1600 Amphitheatre Pkwy | |
| Mountain View, CA, 94043-1351 | |

| | |
|---|---|
| **Invoice #:** | CS2077137 |
| **Invoice Date:** | 7/8/2014 |
| **Balance Due:** | $0.00 |

| | | | |
|---|---|---|---|
| **Case:** | Cioffi, Alfonso, Et Al v. Google Inc. | **Billing #:** | 201301270 |
| **Job #:** | 1877116 \| Job Date: 6/17/2014 \| Delivery: Normal | | |
| **Billing Atty:** | Billing Dept | | |
| **Location:** | Renaissance Chicago O'Hare Suite Hotel | | |
| | 8500 West Bryn Mawr Ave \| Chicago, IL 60631 | | |
| **Sched Atty:** | Eugene Y. Mar, Esq. \| Farella Braun & Martel LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Hubert Earl Dunsmore | Original with 1 Certified Transcript | Page | 394.00 | $3.35 | $1,319.90 |
| | Exhibits | Per Page | 279.00 | $0.35 | $97.65 |
| | ~~Realtime Services~~ | ~~Page~~ | ~~394.00~~ | ~~$1.25~~ | ~~$492.50~~ |
| | ~~Rough Draft~~ | ~~Page~~ | ~~394.00~~ | ~~$1.00~~ | ~~$394.00~~ |
| | ~~Room Rentals/Conference Room~~ | ~~1~~ | ~~1.00~~ | ~~$467.57~~ | ~~$467.57~~ |
| | Shipping & Handling | Package | 1.00 | $44.50 | $44.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,816.12 |
| | **Payment:** | ($2,816.12) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

### To pay online, go to www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS2077137 |
| **Job #:** | 1877116 |
| **Invoice Date:** | 7/8/2014 |
| **Balance:** | $0.00 |

46139

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | | |
|---|---|---|---:|
| **Bill To:** | Eugene Y. Mar, Esq.<br>Google<br>1600  Amphitheatre Pkwy<br>Mountain View, CA, 94043-1351 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS2076619<br>7/8/2014<br>$0.00 |

| | | | |
|---|---|---|---:|
| **Case:** | Cioffi, Alfonso, Et Al v. Google Inc. | **Billing #:** | 201301270 |
| **Job #:** | 1877116 \| Job Date: 6/17/2014 \| Delivery: Normal | | |
| **Billing Atty:** | Eugene Y. Mar, Esq. | | |
| **Location:** | Renaissance Chicago O'Hare Suite Hotel | | |
| | 8500 West Bryn Mawr Ave \| Chicago, IL 60631 | | |
| **Sched Atty:** | Eugene Y. Mar, Esq. \| Farella Braun & Martel LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---:|---:|---:|
| | Video - Additional Hours | Hour | 8.00 | $95.00 | $760.00 |
| | Video - Media and Cloud Storage | Per disk | 1.00 | $15.00 | $15.00 |
| Hubert Earl Dunsmore | Video – Digitizing & Transcript Synchronization | Hour | 7.50 | $95.00 | $712.50 |
| | Video - Media and Cloud Storage | Per disk | 7.00 | $15.00 | $105.00 |
| | Video - Initial Fee | 1 | 1.00 | $95.00 | $95.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $24.50 | $24.50 |

| Notes: | | |
|---|---|---:|
| | **Invoice Total:** | $1,712.00 |
| | **Payment:** | ($1,712.00) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:**   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | | | |
|---|---|---|---:|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | CS2076619<br>1877116<br>7/8/2014<br>$0.00 |

# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Accounts Payable |
| --- | --- |
| | Google |
| | 1600  Amphitheatre Pkwy |
| | Mountain View, CA, 94043-1351 |

| | |
| --- | --- |
| **Invoice #:** | CS2091615 |
| **Invoice Date:** | 7/31/2014 |
| **Balance Due:** | $0.00 |

| | |
| --- | --- |
| **Case:** | Cioffi, Alfonso v. Google |
| **Job #:** | 1883355 \| Job Date: 6/26/2014 \| Delivery: Normal |
| **Billing Atty:** | Accounts Payable |
| **Location:** | Courtroom Sciences Inc. |
| | 4950 N. O'Connor Rd. \| Irving, TX 75062 |
| **Sched Atty:** | Michael Jones, Esq \| Potter Minton |

| | |
| --- | --- |
| **Billing #:** | 201301270 |

| Witness | Description | Units | Quantity | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| Alfonso Cioffi | Video - Additional Hours | Hour | 8.00 | $95.00 | $760.00 |
| | Video - Media and Cloud Storage | Per disk | 4.00 | $15.00 | $60.00 |
| | Video – Digitizing & Transcript Synchronization | Hour | 7.00 | $95.00 | $665.00 |
| | Video - Initial Fee | 1 | 1.00 | $95.00 | $95.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $24.50 | $24.50 |

| Notes: | | |
| --- | --- | --- |
| | **Invoice Total:** | $1,604.50 |
| | **Payment:** | ($1,604.50) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

46139

## To pay online, go to www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
| --- | --- |
| **Invoice #:** | CS2091615 |
| **Job #:** | 1883355 |
| **Invoice Date:** | 7/31/2014 |
| **Balance:** | $0.00 |

# Veritext Corporate Services, Inc.



290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

| **Bill To:** | Accounts Payable | | | **Invoice #:** | CS2083197 |
| | Google | | | **Invoice Date:** | 7/31/2014 |
| | 1600  Amphitheatre Pkwy | | | **Balance Due:** | $0.00 |
| | Mountain View, CA, 94043-1351 | | | | |

| **Case:** | Cioffi, Alfonso v. Google | **Billing #:** | 201301270 |
| **Job #:** | 1883355 | Job Date: 6/26/2014 | Delivery: Normal | | |
| **Billing Atty:** | Accounts Payable | | |
| **Location:** | Courtroom Sciences Inc. | | |
| | 4950 N. O'Connor Rd. | Irving, TX 75062 | | |
| **Sched Atty:** | Michael Jones, Esq | Potter Minton | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 351.00 | $4.00 | $1,404.00 |
| | Exhibits | Per Page | 246.00 | $0.35 | $86.10 |
| Alfonso Cioffi | ~~Realtime Services~~ | ~~Page~~ | ~~351.00~~ | ~~$1.25~~ | ~~$438.75~~ |
| | ~~Rough Draft~~ | ~~Page~~ | ~~351.00~~ | ~~$1.00~~ | ~~$351.00~~ |
| | ~~CD Depo Litigation Package~~ | ~~Per CD~~ | ~~1.00~~ | ~~$30.00~~ | ~~$30.00~~ |
| | Attendance Fee - Per Session | 1 | 3.00 | $50.00 | $150.00 |
| | Shipping & Handling | Package | 1.00 | $49.50 | $49.50 |

| **Notes:** | | **Invoice Total:** | $2,509.35 |
| | | **Payment:** | ($2,509.35) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CS2083197 |
| **Job #:** | 1883355 |
| **Invoice Date:** | 7/31/2014 |
| **Balance:** | $0.00 |

46139

# INVOICE

**Certified Reporting**
725 Ward Street, Suite A
Martinez, CA 94553
Tel 888.747.9674 · Fax 925.935.4756
*a division of Barkley Court Reporters, Inc.*
*www.certifiedreportingservices.com*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 467179 | 11/7/2014 | 384125 |

| Job Date | Case No. |
|---|---|
| 10/21/2014 | 2:13-cv-103 |

| Case Name |
|---|
| Alfonso Cioffi v. Google, Inc. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

Eugene Y. Mar
Farella, Braun & Martel, LLP
235 Montgomery St., 30th Fl.
San Francisco CA 94104

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Mark Larson 30(b)(6) | 30.00 Pages | @ | 2.75 | 82.50 |
| Exhibit | 8.00 Pages | @ | 0.45 | 3.60 |
| Online Transcript Repository Access | | | 12.00 | 12.00 |
| Production / Shipping / Handling | | | 42.00 | 42.00 |
| Rough Draft (p) | 29.00 Pages | @ | 1.25 | 36.25 |
| Copy of Video of: | | | | |
| Mark Larson 30(b)(6). | | | | |
| Video: DVD | | | 35.00 | 35.00 |
| Video Synchronization (h) | 0.75 Hours | @ | 45.00 | 33.75 |

**TOTAL DUE  >>>**  **$245.10**

You are now able to submit your payment on our website.

PAYMENT APPROVAL
Full Signature:
Printed Name: *Mindy Cloud*
GL Name: *Alfonso v. Google*
GL Number: *23814*
Office: ___ Group: *304* Text Code:
Date: *11/11/14*

**Tax ID:** 95-3312349

Phone: 415-954-4400    Fax 415-954-4480

*Please detach bottom portion and return with payment.*

Eugene Y. Mar
Farella, Braun & Martel, LLP
235 Montgomery St., 30th Fl.
San Francisco CA 94104

| | | | |
|---|---|---|---|
| Job No. | : 384125 | BU ID | :.CRS - SF |
| Case No. | : 2:13-cv-103 | | |
| Case Name | : Alfonso Cioffi v. Google, Inc. | | |

Invoice No.  : 467179       Invoice Date : 11/7/2014
**Total Due**  : $ 245.10

### PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Certified Reporting Services
File No 50217
Los Angeles CA  90074**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 467178 | 11/6/2014 | 383491 |

| Job Date | Case No. |
|---|---|
| 10/21/2014 | 2:13-cv-103 |

| Case Name |
|---|
| Alfonso Cioffi v. Google, Inc. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

**Certified Reporting**
725 Ward Street, Suite A
Martinez, CA 94553
Tel 888.747.9674 · Fax 925.935.4756
*a division of Barkley Court Reporters, Inc.*
www.certifiedreportingservices.com

Eugene Y. Mar
Farella, Braun & Martel, LLP
235 Montgomery St., 30th Fl.
San Francisco CA 94104

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Mark Larson | 141.00 Pages | @ | 2.75 | 387.75 |
| Exhibit | 476.00 Pages | @ | 0.45 | 214.20 |
| Rough Draft (p) | 140.00 Pages | @ | 1.25 | 175.00 |
| Online Transcript Repository Access | | | 12.00 | 12.00 |
| Production / Shipping / Handling | | | 42.00 | 42.00 |
| Copies: 8.5 x 11 - Color | 2.00 Pages | @ | 1.00 | 2.00 |
| Copy of Video of: | | | | |
| Mark Larson. | | | | |
| Video Synchronization (h) | 4.75 Hours | @ | 45.00 | 213.75 |
| Video: DVD | | | 35.00 | 35.00 |
| | | **TOTAL DUE  >>>** | | **$1,081.70** |

You are now able to submit your payment on our website.

OK TO PAY 2881Y
11/7/14  # 304

**Tax ID:** 95-3312349        Phone: 415-954-4400    Fax:415-954-4480

*Please detach bottom portion and return with payment.*

Eugene Y. Mar
Farella, Braun & Martel, LLP
235 Montgomery St., 30th Fl.
San Francisco CA 94104

| | | |
|---|---|---|
| Job No. | : 383491 | BU ID | :.CRS - SF |
| Case No. | : 2:13-cv-103 | | |
| Case Name | : Alfonso Cioffi v. Google, Inc. | | |

Invoice No. : 467178        Invoice Date : 11/6/2014
**Total Due** : $ 1,081.70

Remit To: **Certified Reporting Services**
**File No 50217**
**Los Angeles CA 90074**

## PAYMENT WITH CREDIT CARD        AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

## Certified Reporting
*a division of Barkley Court Reporters, Inc.*
725 Ward Street, Suite A
Martinez, CA 94553
Tel 888.747.9674 · Fax 925.935.4756
www.certifiedreportingservices.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 467783 | 11/13/2014 | 383792 |

| Job Date | Case No. |
|---|---|
| 10/28/2014 | 2:13-cv-103 |

| Case Name |
|---|
| Alfonso Cioffi v. Google, Inc. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

Michael E. Jones, Esq.
Potter Minton
110 N College Ave
# 500
Tyler TX 75702

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---:|
| JOHN MEVISSEN | 55.00 Pages | @ | 3.30 | 181.50 |
| Exhibit | 15.00 Pages | @ | 0.45 | 6.75 |
| Copies: 8.5 x 11 - Color | 2.00 Pages | @ | 1.00 | 2.00 |
| Rough Draft (p) | 54.00 Pages | @ | 1.38 | 74.52 |
| Online Transcript Repository Access | | | 12.00 | 12.00 |
| Production / Shipping / Handling | | | 42.00 | 42.00 |
| Media Stock | 9.00 Disks | @ | 10.00 | 90.00 |
| | | **TOTAL DUE >>>** | | **$408.77** |

Reference No.    :  65801

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

You are now able to submit your payment on our website.

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

| | |
|---|---:|
| (-) Payments/Credits: | 408.77 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 95-3312349                                    Phone: 903-597-8311    Fax:

*Please detach bottom portion and return with payment.*

Michael E. Jones, Esq.
Potter Minton
110 N College Ave
# 500
Tyler TX 75702

Job No.    : 383792          BU ID        : .CRS - SF
Case No.   : 2:13-cv-103
Case Name  : Alfonso Cioffi v. Google, Inc.

Invoice No. : 467783          Invoice Date : 11/13/2014
**Total Due : $ 0.00**

### PAYMENT WITH CREDIT CARD       

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Certified Reporting Services**
**File No 50217**
**Los Angeles CA  90074**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 467787 | 11/20/2014 | 383793 |

| Job Date | Case No. | |
|---|---|---|
| 11/4/2014 | 2:13-cv-103 | |

| Case Name | | |
|---|---|---|
| Alfonso Cioffi v. Google, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Net 30; Interest @ 1.5%/mo after 30 days | | |

**Certified Reporting**
*a division of Barkley Court Reporters, Inc.*
*www.certifiedreportingservices.com*

*725 Ward Street, Suite A*
*Martinez, CA 94553*
*Tel 888.747.9674 · Fax 925.935.4756*

Eugene Y. Mar
Farella, Braun & Martel, LLP
235 Montgomery St., 30th Fl.
San Francisco CA 94104

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Chris Evans | 145.00 | Pages | @ | 2.75 | 398.75 |
| Exhibit | 425.00 | Pages | @ | 0.45 | 191.25 |
| ~~Rough Draft (p)~~ | ~~137.00~~ | ~~Pages~~ | @ | ~~1.25~~ | ~~171.25~~ |
| ~~Online Transcript Repository Access~~ | | | | ~~12.00~~ | ~~12.00~~ |
| Production / Shipping / Handling | | | | 42.00 | 42.00 |

Copy of Video of:

| | | | | | |
|---|---|---|---|---|---|
| Chris Evans. | | | | | |
| Video Synchronization (h) | 3.75 | Hours | @ | 45.00 | 168.75 |
| Video: DVD | | | | 35.00 | 35.00 |

**TOTAL DUE  >>>          $1,019.00**

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

You are now able to submit your payment on our website.

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

**Tax ID:** 95-3312349

Phone: 415-954-4400    Fax:415-954-4480

---

*Please detach bottom portion and return with payment.*

Eugene Y. Mar
Farella, Braun & Martel, LLP
235 Montgomery St., 30th Fl.
San Francisco CA  94104

Job No.    : 383793          BU ID        :.CRS - SF
Case No.   : 2:13-cv-103
Case Name  : Alfonso Cioffi v. Google, Inc.

Invoice No. : 467787          Invoice Date : 11/20/2014
**Total Due** : **$ 1,019.00**

Remit To: **Certified Reporting Services**
**File No 50217**
**Los Angeles CA  90074**

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| **Bill To:** | Accounts Payable | | | | | |
|---|---|---|---|---|---|---|
| | Google | | | **Invoice #:** | | CS2176270 |
| | 1600  Amphitheatre Pkwy | | | **Invoice Date:** | | 12/5/2014 |
| | Mountain View, CA, 94043-1351 | | | **Balance Due:** | | $1,494.45 |

| | |
|---|---|
| **Case:** | Alfonso Cioffi v. Google Inc. |
| **Job #:** | 1956295 \| Job Date: 11/6/2014 \| Delivery: Normal |
| **Billing Atty:** | Accounts Payable |
| **Location:** | Fredericks Reporting |
| | 5956 Sherry Lane \| Suite 1000 \| Dallas, TX 75225 |
| **Sched Atty:** | Rochelle Woods \| Farella Braun & Martel LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Glenn W. Boisbrun | Original with 1 Certified Transcript | Page | 150.00 | $600.00 |
| | ~~Transcript - Expedited Fee~~ | ~~Page~~ | ~~150.00~~ | ~~$528.00~~ |
| | Exhibits | Per Page | 327.00 | $114.45 |
| | ~~Realtime Services~~ | ~~Page~~ | ~~150.00~~ | ~~$187.50~~ |
| | ~~CD Depo Litigation Package~~ | ~~Per CD~~ | ~~1.00~~ | ~~$30.00~~ |
| | Shipping & Handling | Package | 1.00 | $34.50 |

| **Notes:** | | **Invoice Total:** | $1,494.45 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,494.45 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS2176270 |
| **Job #:** | 1956295 |
| **Invoice Date:** | 12/5/2014 |
| **Balance:** | $1,494.45 |

46139

# INVOICE

## Certified Reporting
*a division of Barkley Court Reporters, Inc.*
*www.certifiedreportingservices.com*

725 Ward Street, Suite A
Martinez, CA 94553
Tel 888.747.9674 · Fax 925.935.4756

| ...ice No. | Invoice Date | Job No. |
|---|---|---|
| 468265 | 11/21/2014 | 384924 |
| **Job Date** | **Case No.** | |
| 11/7/2014 | 2:13-cv-103 | |
| **Case Name** | | |
| Alfonso Cioffi v. Google, Inc. | | |
| **Payment Terms** | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Eugene Y. Mar, Esq.
Farella, Braun & Martel, LLP
235 Montgomery St., 30th Fl.
San Francisco CA 94104

| | | | | |
|---|---|---|---|---|
| 1 Certified Copy/Index transcript of deposition of: | | | | |
| Anna Weber 30(b)(6) | 40.00 Pages | @ | 2.75 | 110.00 |
| Exhibit | 8.00 Pages | @ | 0.45 | 3.60 |
| Realtime Text (at deposition)(p) | 39.00 Pages | @ | 1.50 | 58.50 |
| Online Transcript Repository Access | | | 12.00 | 12.00 |
| Production / Shipping / Handling | | | 42.00 | 42.00 |
| Copy of Video of: | | | | |
| Anna Weber 30(b)(6). | | | | |
| Video Synchronization (h) | 0.75 Hours | @ | 45.00 | 33.75 |
| Video: DVD | | | 35.00 | 35.00 |

**TOTAL DUE >>>**   **$294.85**

||||||||||||||||||||||||||||||||||||||||||||||||||||||

You are now able to submit your payment on our website.

||||||||||||||||||||||||||||||||||||||||||||||||||||||

**PAYMENT APPROVAL**

Full Signature: *[signature]*
Printed Name: *mindy Clarez*
GL Name: *Cioffi v. Google*
GL Number: *2884* Date *11/25/14*
Office: _____ Group: *304* Text Code: _____

**Tax ID:** 95-3312349

Phone: 415-954-4400   Fax:415-954-4480

*Please detach bottom portion and return with payment.*

Eugene Y. Mar, Esq.
Farella, Braun & Martel, LLP
235 Montgomery St., 30th Fl.
San Francisco CA 94104

Job No.      : 384924      BU ID      :.CRS - SF
Case No.    : 2:13-cv-103
Case Name  : Alfonso Cioffi v. Google, Inc.

Invoice No. : 468265      Invoice Date :11/21/2014
**Total Due** : $ 294.85

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Certified Reporting Services**
**File No 50217**
**Los Angeles CA 90074**

# INVOICE

## Certified Reporting
*a division of Barkley Court Reporters, Inc.*
*www.certifiedreportingservices.com*

725 Ward Street, Suite A
Martinez, CA 94553
Tel 888.747.9674 · Fax 925.935.4756

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 468001 | 11/21/2014 | 384418 |

| Job Date | Case No. | |
|---|---|---|
| 11/7/2014 | 2:13-cv-103 | |

| Case Name | | |
|---|---|---|
| Alfonso Cioffi v. Google, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Eugene Y. Mar, Esq.
Farella, Braun & Martel, LLP
235 Montgomery St., 30th Fl.
San Francisco CA 94104

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Amaud Weber                         850.60

Copy of Video of:
    Amaud Weber.                        215.00

**TOTAL DUE  >>>**      **$1,065.60**

||||||||||||||||||||||||||||||||||||||||||||||||||||||||

You are now able to submit your payment on our website.

||||||||||||||||||||||||||||||||||||||||||||||||||||||||

### PAYMENT APPROVAL

Full Signature: _m Cl_
Printed Name: _mindy Claros_
GL Name: _Cioffi v. Google_
GL Number: _23814_     Date _11/25/14_
Office: _____ Group: _304_ Text Code: _____

---

**Tax ID:** 95-3312349              Phone: 415-954-4400     Fax:415-954-4480

*Please detach bottom portion and return with payment.*

Eugene Y. Mar, Esq.
Farella, Braun & Martel, LLP
235 Montgomery St., 30th Fl.
San Francisco CA 94104

Job No.      : 384418       BU ID      :.CRS - SF
Case No.     : 2:13-cv-103
Case Name   : Alfonso Cioffi v. Google, Inc.

Invoice No.   : 468001       Invoice Date   :11/21/2014
**Total Due   : $ 1,065.60**

### PAYMENT WITH CREDIT CARD    AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Certified Reporting Services**
           **File No 50217**
           **Los Angeles CA 90074**

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | | |
|---|---|---|---|
| **Bill To:** | Accounts Payable | **Invoice #:** | CS2181996 |
| | Google | **Invoice Date:** | 12/8/2014 |
| | 1600  Amphitheatre Pkwy | **Balance Due:** | $2,713.57 |
| | Mountain View, CA, 94043-1351 | | |

| | |
|---|---|
| **Case:** | Alfonso Cioffi v. Google Inc. |
| **Job #:** | 1956298 \| Job Date: 11/7/2014 \| Delivery: Expedited |
| **Billing Atty:** | Accounts Payable |
| **Location:** | Fredericks Reporting |
| | 5956 Sherry Lane \| Suite 1000 \| Dallas, TX 75225 |
| **Sched Atty:** | Stephanie P. Skaff, Esq \| Farella Braun & Martel LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Alfonso Cioffi, Vol 2 | Original with 1 Certified Transcript | Page | 251.00 | $4.00 | $1,004.00 |
| | ~~Transcript - Expedited Fee~~ | ~~Page~~ | ~~251.00~~ | ~~$3.52~~ | ~~$883.52~~ |
| | Attendance Fee - Per Session | 1 | 2.00 | $50.00 | $100.00 |
| | Exhibits | Per Page | 248.00 | $0.35 | $86.80 |
| | ~~Realtime Services~~ | ~~Page~~ | ~~251.00~~ | ~~$1.25~~ | ~~$313.75~~ |
| | ~~Rough Draft~~ | ~~Page~~ | ~~251.00~~ | ~~$1.00~~ | ~~$251.00~~ |
| | ~~CD Depo Litigation Package~~ | ~~Per CD~~ | ~~1.00~~ | ~~$30.00~~ | ~~$30.00~~ |
| | Shipping & Handling | Package | 1.00 | $44.50 | $44.50 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $2,713.57 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,713.57 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

46139

| | |
|---|---|
| **Invoice #:** | CS2181996 |
| **Job #:** | 1956298 |
| **Invoice Date:** | 12/8/2014 |
| **Balance:** | $2,713.57 |

# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | | |
|---|---|---|---|
| **Bill To:** | Accounts Payable | **Invoice #:** | CS2200667 |
| | Google | **Invoice Date:** | 12/16/2014 |
| | 1600 Amphitheatre Pkwy | **Balance Due:** | $1,211.00 |
| | Mountain View, CA, 94043-1351 | | |

| | | | |
|---|---|---|---|
| **Case:** | Alfonso Cioffi v. Google Inc. | **Billing #:** | 201301270 |
| **Job #:** | 1956298 \| Job Date: 11/7/2014 \| Delivery: Expedited | | |
| **Billing Atty:** | Accounts Payable | | |
| **Location:** | Fredericks Reporting | | |
| | 5956 Sherry Lane \| Suite 1000 \| Dallas, TX 75225 | | |
| **Sched Atty:** | Stephanie P. Skaff, Esq \| Farella Braun & Martel LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Video - Additional Hours | Hour | 6.00 | $95.00 | $570.00 |
| | Video - Media and Cloud Storage | Per disk | 4.00 | $22.00 | $88.00 |
| Alfonso Cioffi, Vol 2 | Video – Digitizing & Transcript Synchronization | Hour | 4.50 | $95.00 | $427.50 |
| | ~~Parking Expense~~ | ~~Per hour~~ | ~~1.00~~ | ~~$6.00~~ | ~~$6.00~~ |
| | Video - Initial Fee | 1 | 1.00 | $95.00 | $95.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $24.50 | $24.50 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $1,211.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,211.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS2200667 |
| **Job #:** | 1956298 |
| **Invoice Date:** | 12/16/2014 |
| **Balance:** | $1,211.00 |

46139

# INVOICE

**Certified Reporting**
*a division of Barkley Court Reporters, Inc.*
*www.certifiedreportingservices.com*

725 Ward Street, Suite A
Martinez, CA 94553
Tel 888.747.9674 • Fax 925.935.4756

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 468081 | 11/20/2014 | 384417 |
| **Job Date** | **Case No.** | |
| 11/12/2014 | 2:13-cv-103 | |
| **Case Name** | | |
| Alfonso Cioffi v. Google, Inc. | | |
| **Payment Terms** | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Eugene Y. Mar
Farella, Braun & Martel, LLP
235 Montgomery St., 30th Fl.
San Francisco CA 94104

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Vivian Leung | 122.00 Pages | @ | 2.75 | 335.50 |
| Exhibit | 369.00 Pages | @ | 0.45 | 166.05 |
| ~~Rough Draft (p)~~ | ~~121.00 Pages~~ | @ | ~~1.25~~ | ~~151.25~~ |
| ~~Online Transcript Repository Access~~ | | | ~~12.00~~ | ~~12.00~~ |
| Production / Shipping / Handling | | | 42.00 | 42.00 |
| Copy of Video of: | | | | |
| Vivian Leung. | | | | |
| Video Synchronization (h) | 3.00 Hours | @ | 45.00 | 135.00 |
| Video: DVD | | | 35.00 | 35.00 |
| | | **TOTAL DUE  >>>** | | **$876.80** |

||||||||||||||||||||||||||||||||||||||||||||||

You are now able to submit your payment on our website.

||||||||||||||||||||||||||||||||||||||||||||||

**Tax ID:** 95-3312349                              Phone: 415-954-4400    Fax:415-954-4480

---

*Please detach bottom portion and return with payment.*

Eugene Y. Mar
Farella, Braun & Martel, LLP
235 Montgomery St., 30th Fl.
San Francisco CA 94104

Job No.      : 384417            BU ID        :.CRS - SF
Case No.     : 2:13-cv-103
Case Name  : Alfonso Cioffi v. Google, Inc.

Invoice No.  : 468081            Invoice Date  :11/20/2014
**Total Due  : $ 876.80**

**PAYMENT APPROVAL**
Full Signature: *mCl mindy Claus*
Printed Name: *Cindy Curry*
GL Name:
GL Number: *28814*  Date *12/1/14*
Group:  Task Code: *304*

Remit To: Certified Reporting Services
**File No 50217
Los Angeles CA  90074**

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

## Certified Reporting
725 Ward Street, Suite A
Martinez, CA 94553
Tel 888.747.9674 · Fax 925.935.4756
*a division of Barkley Court Reporters, Inc.*
*www.certifiedreportingservices.com*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 467937 | 11/20/2014 | 384416 |

| Job Date | Case No. |
|---|---|
| 11/12/2014 | 2:13-cv-103 |

| Case Name |
|---|
| Alfonso Cioffi v. Google, Inc. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

Cathleen Garrigan, Esq.
Farella, Braun & Martel, LLP
235 Montgomery St., 30th Fl.
San Francisco CA  94104

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| James Maccoun | 72.00 Pages | @ | 2.75 | 198.00 |
| Exhibit | 86.00 Pages | @ | 0.45 | 38.70 |
| ~~Rough Draft (p)~~ | ~~71.00 Pages~~ | @ | ~~1.25~~ | ~~88.75~~ |
| ~~Online Transcript Repository Access~~ | | | ~~12.00~~ | ~~12.00~~ |
| Production / Shipping / Handling | | | 42.00 | 42.00 |
| Copies: 8.5 x 11 - Color | 6.00 Pages | @ | 1.00 | 6.00 |

**TOTAL DUE  >>>**                                        **$385.45**

||||||||||||||||||||||||||||||||||||||||||||||||||

You are now able to submit your payment on our website.

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 385.45 |

**Tax ID:** 95-3312349                 Phone: 415-954-4400    Fax:415-954-4480

*Please detach bottom portion and return with payment.*

Cathleen Garrigan, Esq.
Farella, Braun & Martel, LLP
235 Montgomery St., 30th Fl.
San Francisco CA  94104

Job No.      : 384416            BU ID       : .CRS - SF
Case No.     : 2:13-cv-103
Case Name  : Alfonso Cioffi v. Google, Inc.

Invoice No.  : 467937         Invoice Date  : 11/20/2014
**Total Due  : $ 385.45**

Remit To: **Certified Reporting Services**
          **File No 50217**
          **Los Angeles CA  90074**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | |
|---|---|---|
| **Bill To:** Accounts Payable<br>Google<br>1600 Amphitheatre Pkwy<br>Mountain View, CA, 94043-1351 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS2195301<br>12/5/2014<br>$937.20 |

| | |
|---|---|
| **Case:** | Alfonso Cioffi v. Google Inc. |
| **Job #:** | 1956289 \| Job Date: 11/13/2014 \| Delivery: Normal |
| **Billing Atty:** | Accounts Payable |
| **Location:** | Perkins Coie LLP |
| | 1120 N. W. Couch Street \| Portland, OR 97209-4128 |
| **Sched Atty:** | Eugene Mar \| Farella Braun & Martel LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Ernest Francis Brickell | Original with 1 Certified Transcript | Page | 114.00 | $3.70 | $421.80 |
| | Attendance Fee | Hour | 3.00 | $40.00 | $120.00 |
| | Exhibits | Per Page | 184.00 | $0.35 | $64.40 |
| | ~~Realtime Services~~ | ~~Page~~ | ~~114.00~~ | ~~$1.25~~ | ~~$142.50~~ |
| | ~~Rough Draft~~ | ~~Page~~ | ~~114.00~~ | ~~$1.00~~ | ~~$114.00~~ |
| | ~~CD Depo Litigation Package~~ | ~~Per CD~~ | ~~1.00~~ | ~~$30.00~~ | ~~$30.00~~ |
| | Shipping & Handling | Package | 1.00 | $44.50 | $44.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $937.20 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $937.20 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS2195301 |
| **Job #:** | 1956289 |
| **Invoice Date:** | 12/5/2014 |
| **Balance:** | $937.20 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| **Bill To:** | Accounts Payable | **Invoice #:** | CS2195486 |
|---|---|---|---|
| | Google | **Invoice Date:** | 12/8/2014 |
| | 1600  Amphitheatre Pkwy | **Balance Due:** | $842.50 |
| | Mountain View, CA, 94043-1351 | | |

| | |
|---|---|
| **Case:** | Alfonso Cioffi v. Google Inc. |
| **Job #:** | 1956289 \| Job Date: 11/13/2014 \| Delivery: Immediate |
| **Billing Atty:** | Accounts Payable |
| **Location:** | Perkins Coie LLP |
| | 1120 N. W. Couch Street \| Portland, OR 97209-4128 |
| **Sched Atty:** | Eugene Mar \| Farella Braun & Martel LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Ernest Francis Brickell | Video - Additional Hours | Hour | 4.00 | $95.00 | $380.00 |
| | Video - Media and Cloud Storage | Per disk | 2.00 | $22.00 | $44.00 |
| | Video – Digitizing & Transcript Synchronization | Hour | 3.00 | $95.00 | $285.00 |
| | ~~Parking Expense~~ | ~~Per hour~~ | ~~1.00~~ | ~~$14.00~~ | ~~$14.00~~ |
| | Video - Initial Fee | 1 | 1.00 | $95.00 | $95.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $24.50 | $24.50 |

| **Notes:** | | | **Invoice Total:** | $842.50 |
|---|---|---|---|---|
| | | | **Payment:** | $0.00 |
| | | | **Credit:** | $0.00 |
| | | | **Interest:** | $0.00 |
| | | | **Balance Due:** | $842.50 |

**TERMS:**  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CS2195486 |
|---|---|
| **Job #:** | 1956289 |
| **Invoice Date:** | 12/8/2014 |
| **Balance:** | $842.50 |

46139

# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



**Bill To:** Accounts Payable
Google
1600 Amphitheatre Pkwy
Mountain View, CA, 94043-1351

| | |
|---|---|
| **Invoice #:** | CS2189571 |
| **Invoice Date:** | 12/5/2014 |
| **Balance Due:** | $802.81 |

| | |
|---|---|
| **Case:** | Alfonso Cioffi v. Google Inc. |
| **Job #:** | 1961331 \| Job Date: 11/13/2014 \| Delivery: Expedited |
| **Billing Atty:** | Accounts Payable |
| **Location:** | Pacific Business Center |
| | 111 North Market Street \| Suite 300 \| San Jose, CA 95113 |
| **Sched Atty:** | Cathleen Garrigan \| Farella Braun & Martel LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Peter Richmond | Original with 1 Certified Transcript | Page | 118.00 | $3.95 | $466.10 |
| | ~~Transcript - Expedited Fee~~ | ~~Page~~ | ~~118.00~~ | ~~$1.97~~ | ~~$232.46~~ |
| | Attendance Fee - Per Session | 1 | 1.00 | $0.00 | $0.00 |
| | Exhibits | Per Page | 85.00 | $0.35 | $29.75 |
| | Surcharge - Video Deposition | 1 | 1.00 | $0.00 | $0.00 |
| | ~~CD Depo Litigation Package~~ | ~~Per CD~~ | ~~1.00~~ | ~~$30.00~~ | ~~$30.00~~ |
| | Shipping & Handling | Package | 1.00 | $44.50 | $44.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $802.81 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $802.81 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS2189571 |
| **Job #:** | 1961331 |
| **Invoice Date:** | 12/5/2014 |
| **Balance:** | $802.81 |

46139

# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | | |
|---|---|---|---|
| **Bill To:** | Accounts Payable | **Invoice #:** | CS2195422 |
| | Google | **Invoice Date:** | 12/8/2014 |
| | 1600  Amphitheatre Pkwy | **Balance Due:** | $664.00 |
| | Mountain View, CA, 94043-1351 | | |

| | |
|---|---|
| **Case:** | Alfonso Cioffi v. Google Inc. |
| **Job #:** | 1961331 \| Job Date: 11/13/2014 \| Delivery: Expedited |
| **Billing Atty:** | Accounts Payable |
| **Location:** | Pacific Business Center |
| | 111 North Market Street \| Suite 300 \| San Jose, CA 95113 |
| **Sched Atty:** | Cathleen Garrigan \| Farella Braun & Martel LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Peter Richmond | Video - Initial Fee | 1 | 1.00 | $95.00 | $95.00 |
| | Video - Additional Hours | Hour | 3.00 | $95.00 | $285.00 |
| | Video - Media and Cloud Storage | Per disk | 1.00 | $22.00 | $22.00 |
| | Video – Digitizing & Transcript Synchronization | Hour | 2.50 | $95.00 | $237.50 |
| | Shipping & Handling - Video Media | Package | 1.00 | $24.50 | $24.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $664.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $664.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS2195422 |
| **Job #:** | 1961331 |
| **Invoice Date:** | 12/8/2014 |
| **Balance:** | $664.00 |

46139

# INVOICE

## Certified Reporting
*a division of Barkley Court Reporters, Inc.*
*www.certifiedreportingservices.com*

725 Ward Street, Suite A
Martinez, CA 94553
Tel 888.747.9674 · Fax 925.935.4756

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 468603 | 12/5/2014 | 384806 |

| Job Date | Case No. |
|---|---|
| 11/21/2014 | 2:13-cv-103 |

| Case Name |
|---|
| Alfonso Cioffi v. Google, Inc. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

Michael E. Jones, Esq.
Potter Minton
11 North College, 500 Plaza Tower
Tyler TX  75702

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Lauren Coste | | | | |
| Exhibit | 239.00 Pages | @ | 2.75 | 657.25 |
| Copies: 8.5 x 11 - Color | 341.00 Pages | @ | 0.45 | 153.45 |
| Rough Draft (p) | 3.00 Pages | @ | 1.00 | 3.00 |
| Online Transcript Repository Access | 238.00 Pages | @ | 1.25 | 297.50 |
| Production / Shipping / Handling | | | 12.00 | 12.00 |
| | | | 42.00 | 42.00 |

**TOTAL DUE  >>>**  **$1,165.20**

You are now able to submit your payment on our website.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,165.20 |

**Tax ID:** 95-3312349

Phone: 903-597-8311   Fax:

*Please detach bottom portion and return with payment.*

Michael E. Jones, Esq.
Potter Minton
11 North College, 500 Plaza Tower
Tyler TX  75702

| | | | |
|---|---|---|---|
| Job No. | : 384806 | BU ID | :.CRS - SF |
| Case No. | : 2:13-cv-103 | | |
| Case Name | : Alfonso Cioffi v. Google, Inc. | | |

Invoice No.  : 468603        Invoice Date  : 12/5/2014
**Total Due**  : **$ 1,165.20**

Remit To: **Certified Reporting Services**
**File No 50217**
**Los Angeles CA  90074**

### PAYMENT WITH CREDIT CARD

AMEX   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature: