# EXHIBIT 3



| | | |
|---|---|---|
| Draft | | 0000082944 |
| Invoice Date | | December 11, 2014 |
| Page | | 1 of 1 |
| Sales Person: | | Josh T. Stellick |
| Terms | | Due 30 Days from Invoice Date |
| Client Matter Number: | | 201301270 |

51University Street, Suite 400 | Seattle, WA  98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

Matter/Job code     Alfonso Cioffi et al v

```
Project Name    Quantity
CIOFFI_PROD009  0.1
CIOFFI_PROD012  0.1
CIOFFI_PROD013  0.1
CIOFFI_PROD014  0.1
CIOFFI_PROD002  0.19
CIOFFI_PROD004  0.34
CIOFFI_PROD015  0.6
CIOFFI_PROD006  0.77
CIOFFI_PROD011  0.9
CIOFFI_PROD001  1.78
CIOFFI_PROD003  5,014.00
```

| **Non-Hourly Items** | QTY | Unit | Rate | Total |
|---|---:|---|---:|---:|
| Native Conversion to TIFF or PDF | 5,014.00 | GB | $0.02 | $100.28 |
| Native Conversion to TIFF or PDF | 4.98 | GB | $295.00 | $1,469.10 |
| Non-Hourly Items Subtotal | | | | $1,569.38 |

| | |
|---|---:|
| **Invoice Total** | **$1,569.38** |

Lighthouse Internal Ref: GOO01_CIOFF

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.

| Client Name | Invoice/Draft Number | Invoice Date | Matter Name | Project Name | Invoice Description | Quantity | Rate | Amount | Unit of Measure |
|---|---|---|---|---|---|---|---|---|---|
| Google Inc | 107870 | 8/31/2013 | Alfonso Cioffi et al v | CIOFFI_PROD001 | Native conversion to TIFF/PDF | 1.78 | $295.00 | $523.92 | GB |
| Google Inc | 108966 | 11/30/2013 | Alfonso Cioffi et al v | CIOFFI_PROD002 | Native conversion to TIFF/PDF | 0.19 | $295.00 | $55.46 | GB |
| Google Inc | 110409 | 2/28/2014 | Alfonso Cioffi et al v | CIOFFI_PROD003 | Native conversion to TIFF/PDF | 5,014.00 | $0.02 | $100.28 | PAGE |
| Google Inc | 111151 | 3/31/2014 | Alfonso Cioffi et al v | CIOFFI_PROD004 | Native conversion to TIFF/PDF | 0.34 | $295.00 | $100.30 | GB |
| Google Inc | 113255 | 7/31/2014 | Alfonso Cioffi et al v | CIOFFI_PROD006 | Native conversion to TIFF/PDF | 0.77 | $295.00 | $227.15 | GB |
| Google Inc | 113255 | 7/31/2014 | Alfonso Cioffi et al v | CIOFFI_PROD007 | Native conversion to TIFF/PDF | 0 | $- | $- | GB |
| Google Inc | 113599 | 8/31/2014 | Alfonso Cioffi et al v | CIOFFI_PROD008 | Native conversion to TIFF/PDF | 0 | $- | $- | GB |
| Google Inc | 114719 | 10/31/2014 | Alfonso Cioffi et al v | CIOFFI_PROD009 | Native conversion to TIFF/PDF | 0.1 | $295.00 | $29.50 | GB |
| Google Inc | 114719 | 10/31/2014 | Alfonso Cioffi et al v | CIOFFI_PROD011 | Native conversion to TIFF/PDF | 0.9 | $295.00 | $265.50 | GB |
| Google Inc | 114719 | 10/31/2014 | Alfonso Cioffi et al v | CIOFFI_PROD012 | Native conversion to TIFF/PDF | 0.1 | $295.00 | $29.50 | GB |
| Google Inc | D0000082691 | 11/30/2014 | Alfonso Cioffi et al v | CIOFFI_PROD013 | Native conversion to TIFF/PDF | 0.1 | $295.00 | $29.50 | GB |
| Google Inc | D0000082691 | 11/30/2014 | Alfonso Cioffi et al v | CIOFFI_PROD014 | Native conversion to TIFF/PDF | 0.1 | $295.00 | $29.50 | GB |
| Google Inc | D0000082691 | 11/30/2014 | Alfonso Cioffi et al v | CIOFFI_PROD015 | Native conversion to TIFF/PDF | 0.6 | $295.00 | $177.00 | GB |

*Total:* *$1,567.61*



01049

**The Focal Point LLC**
211 N. Record Street, Suite 400
Dallas, Texas 75202
469.708.5844 Phone
www.thefocalpoint.com

249216

## Customer

| | |
|---|---|
| Lawyer: | Stephanie P. Skaff, Esq. |
| Firm: | Farella Braun + Martel LLP |
| Address: | Russ Building - 235 Montgomery Street, 17th Fl. |
| | San Francisco, CA 94104 |
| Email: | sskaff@fbm.com |

## Invoice

| | |
|---|---|
| Date: | August 22, 2014 |
| Invoice Number: | 2014 - 4561 |
| Billing Period: | 7/28/14 - 8/22/14 |
| Our Reference: | SPH-10041-29 |
| Matter: | Cioffi v. Google |

| Hours | Description | Rate/Hour | Expenses | Taxable | TOTAL |
|---|---|---|---|---|---|
| | **Graphic Arts** | | | | |
| | **Strategy Development & Trial Consulting:** | | | | |
| 14.1 | Scott Hilton | $ 350.00 | | T | $ 4,935.00 |
| 4.4 | Other Senior Trial Consultant | 275.00 | | T | 1,210.00 |
| 0.5 | Associate Trial Consultant | 205.00 | | T | 102.50 |
| | **Trial Graphics Design & Development:** | | | | |
| 2.2 | Senior Graphic Design | $ 245.00 | | T | $ 539.00 |
| 0.9 | Graphic Design | 225.00 | | T | 202.50 |
| 0.3 | Production | 225.00 | | T | 67.50 |
| | **Trial Support:** | | | | |
| 35.2 | Senior Trial Technician | $ 225.00 | | T | $ 7,920.00 |
| | **Production Expenses:** | | | | |
| | Travel & other reimbursable | | $ 1,584.90 | T | $ 1,584.90 |
| | Voice over talent (2.7 hours @ $120/hour) | | 324.00 | T | 324.00 |
| | Trial support equipment | | 262.50 | T | 262.50 |
| | | | Subtotal | | $ 17,147.90 |
| | | | TX Sales Tax (8.25%) | | 1,414.70 |
| | | Accommodation for $65K Cap on Fees | | | (5,061.00) |
| | | | Less Payments Received | | - |
| | | | **Remaining Balance Due** | | **$13,501.60** |

CC: Barbara Westburg - bwestburg@fbm.com
CC: Cathleen G. Garrigan - cgarrigan@fbm.com

**Make Checks Payable To:**
The Focal Point, LLC
501 14th Street, Suite 200 Oakland, California 94612
(510) 208-1760
**Terms:** Due Upon Receipt
**Email:** Acct@thefocalpoint.com
**Federal Taxpayer ID:** 91-1780789

PAYMENT APPROVAL
Full Signature: _____
Printed Name: Cathleen Garrigan
Matter Name: Cioffi
Matter No.: 28814  Exp Code: 500
Date: 9/25/14



01049

**The Focal Point LLC**
501 14th Street, Suite 200
Oakland, California 94612
510.208.1760 Phone
www.thefocalpoint.com

243735

## Customer

| | |
|---|---|
| Lawyer: | Stephanie P. Skaff, Esq. |
| Firm: | Farella Braun + Martel LLP |
| Address: | Russ Building - 235 Montgomery Street, 17th Fl. |
| | San Francisco, CA 94104 |
| Email: | sskaff@fbm.com |

## Invoice

| | |
|---|---|
| Date: | May 31, 2014 |
| Invoice Number: | 2014 - 4483 |
| Billing Period: | 4/14/14 - 5/31/14 |
| Our Reference: | SPH-10041-29 |
| Matter: | Cioffi v. Google |

| Hours | Description | Rate/Hour | Expenses | Taxable | TOTAL |
|---|---|---|---|---|---|
| | **Graphic Arts** | | | | |
| | Strategy Development & Trial Consulting: | | | | |
| 3.6 | Scott Hilton | $ 350.00 | | | $ 1,260.00 |
| 7.8 | Kate McEntee | 255.00 | | | 1,989.00 |
| | Trial Graphics Design & Development: | | | | |
| 2.9 | Senior Graphic Design | $ 245.00 | | | $ 710.50 |
| 0.3 | Production | 225.00 | | | 67.50 |
| 0.5 | Production Assistant | 195.00 | | | 97.50 |
| | Production Expenses: | | | | |
| | Production & other reimbursable | | $ 464.80 | | $ 464.80 |
| | | | Subtotal | | $ 4,589.30 |
| | | | Less Payments Received | | |
| | | | Remaining Balance Due | | $ 4,589.30 |

CC: Barbara Westburg - bwestburg@fbm.com
CC: Cathleen G. Garrigan - cgarrigan@fbm.com

Make Checks Payable To: The Focal Point, LLC
Terms: Due Upon Receipt
Email: Acct@thefocalpoint.com
Federal Taxpayer ID: 91-1780789

PAYMENT APPROVAL
Full Signature: Cathleen Garrigan
Printed Name: Cioffi v. Google
Matter Name: 28814    Exp Code: 3083  500
Matter No.: 6-23-14
Date:



**The Focal Point LLC**
211 N. Record Street, Suite 400
Dallas, Texas 75202
469.708.5844 Phone                    O1O 45
www.thefocalpoint.com

|||||| ||||| ||||| |||| ||||| ||||| |||| ||||
246035

# Customer                                                                 Invoice

| Lawyer:  | Stephanie P. Skaff, Esq.                          |
|----------|---------------------------------------------------|
| Firm:    | Farella Braun + Martel LLP                        |
| Address: | Russ Building - 235 Montgomery Street, 17th Fl.   |
|          | San Francisco, CA 94104                           |
| Email:   | sskaff@fbm.com                                    |

| Date:            | July 15, 2014     |
|------------------|-------------------|
| Invoice Number:  | 2014 - 4540       |
| Billing Period:  | 6/1/14 - 7/15/14  |
| Our Reference:   | SPH-10041-29      |
| Matter:          | Cioffi v. Google  |

| Hours | Description | Rate/Hour | Expenses | Taxable | TOTAL |
|-------|-------------|-----------|----------|---------|-------|
|       | **Graphic Arts** | | | | |
|       | **Strategy Development & Trial Consulting:** | | | | |
| 46.6  | Scott Hilton | $ 350.00 | | T | $ 16,310.00 |
| 17.5  | Jeremy Young | 275.00 | | T | 4,812.50 |
| 0.2   | Other Trial Consultant | 255.00 | | T | 51.00 |
|       | **Trial Graphics Design & Development:** | | | | |
| 14.8  | Senior Flash Animation | $ 275.00 | | T | $ 4,070.00 |
| 60.3  | 3D & Flash Animation | 250.00 | | T | 15,075.00 |
| 20.2  | Senior Graphic Design | 245.00 | | T | 4,949.00 |
| 17.2  | Graphic Design | 225.00 | | T | 3,870.00 |
| 8.1   | Production | 225.00 | | T | 1,822.50 |
|       | **Reimbursable Expenses:** | | | | |
|       | Production, delivery & other reimbursable | | $ 252.29 | T | $ 252.29 |
|       | Voice over talent | | 1,272.00 | T | 1,272.00 |
|       | Audio recording & editing | | 2,241.00 | T | 2,241.00 |
|       | Media equipment rental | | 200.00 | T | 200.00 |

|  |  |
|--|--|
| Subtotal | $ 54,925.29 |
| TX Sales Tax (8.25%) | 4,531.34 |
| Less Payments Received | - |
| Remaining Balance Due | $59,456.63 |

CC: Barbara Westburg - bwestburg@fbm.com
CC: Cathleen G. Garrigan - cgarrigan@fbm.com

**Make Checks Payable To:**
The Focal Point, LLC
501 14th Street, Suite 200 Oakland, California 94612
(510) 208-1760
**Terms:** Due Upon Receipt
**Email:** Acct@thefocalpoint.com
**Federal Taxpayer ID:** 91-1780789

PAYMENT APPROVAL
Full Signature: _____
Printed Name: Stephanie Skaff
Matter Name: Cioffi
Matter No.: 28814   Exp Code: 500
Date: 7/23/14



**KTS LITIGATION SUPPORT SERVICES**
A Company of Kelly Technical Services, LLC

P.O. Box 2517
Lindale, TX 75771
Phone: (903) 533-9559
Fax: (903) 526-2233
EIN: 75-2932346

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/14/2014 | 9680 |

**BILL TO**

Potter Minton, PC
Attn: Amanda Tekell
110 N. College, Ste. 500
Tyler, Tx 75702

Take no chances of having your electronic evidence dismissed because it was improperly obtained. Leave it to the experts.
**KTS OFFERS COMPUTER FORENSIC AND E-DISCOVERY SERVICES.**
Contact us for more information!

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | Cioffi, et al. v. Google, Inc. |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1,090 | 8.5 x 11 color copies | 0.95 | 1,035.50T |
| 10 | 3 ring binder (1") | 7.70 | 77.00T |
| 1 | Delivery - R/T, Tyler to Marshall | 120.00 | 120.00 |
| | Sales Tax | 8.25% | 91.78 |

We Accept Major Credit Cards

**Total** $1,324.28

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management. Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ultimately posted to the account of your client or other third party.

Customer Acceptance Signature: _____ Date: _____