IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALFONSO CIOFFI, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:13-CV-103-JRG-RSP |
| | § | |
| GOOGLE, INC. | § | |

**Motion Hearing**
MAG. JUDGE ROY PAYNE PRESIDING
October 28, 2016

OPEN: 9:00 am                                                                 ADJOURN:  10:55 am

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Eric Benisek |
| | Chris Bunt |
| | Bo Davis |
| | Charles Ainsworth |
| | |
| ATTORNEY FOR DEFENDANTS: | Darin Snyder |
| | Eugene Mar |
| | Mike Jones |
| | |
| LAW CLERK: | Clint South |
| | |
| COURT REPORTER: | Tammy Goolsby |
| | |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Chris Bunt announced ready and introduced co-counsel.  Mike Jones announced ready and introduced co-counsel.

Eric Benisek presented Plaintiffs' Motion to Amend Final Election of Asserted Claims (Dkt. No. 127).  Mike Jones responded for Google.  The Court granted the motion.

The Court then heard argument on Plaintiffs' Motion to Compel Deposition and Further Response to Interrogatory (Dkt. No. 96).  Eric Benisek argued for plaintiffs.  Darin Snyder responded.  The Court granted plaintiff leave to serve a limited written interrogatory on this issue and denied the motion for additional deposition testimony.  The Court took a break for the parties to meet and confer to agree upon the scope of this written interrogatory.

After the break, Mr. Benisek read into the record the questions that will be propounded.  Plaintiff will propound the formal questions on November 2, 2016 and defendant will respond on November 16, 2016.