# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ALFONSO CIOFFI, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:13-CV-103-JRG-RSP |
| | § | |
| GOOGLE, INC. | § | |

**Pretrial Conference**
**MAG. JUDGE ROY PAYNE PRESIDING**
January 11, 2017

**OPEN: 9:00 am**                                                         **ADJOURN: 10:50 am**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANT: | See attached |
| LAW CLERK: | Clint South |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Bo Davis announced ready for plaintiff and introduced co-counsel.  Mike Jones announced ready for defendants and introduced co-counsel.

Jury Selection will be February 6, 2017 at 9:00 a.m. before Judge Gilstrap.  The parties will have 30 minutes per side for voir dire.  Eight jurors will be seated.  The parties will have four preemptory strikes each side.  The parties will have 30 minutes for opening statements.  The parties will be allowed 12 hours of evidence per side.

The parties will submit a jury questionnaire.  The questionnaires will be available on the Thursday before the Monday jury selection.

The Court accepted the agreements in the pretrial order, except the objections to deposition designations will need to be resolved prior to trial.

The Court heard argument on objections to Plaintiffs' Motions in Limine.  Brian Berliner and David Almeling argued for defendant.  Eric Benisek responded for plaintiff.  The Court made rulings.

The parties then argued objections to Defendant's Motions in Limine.  Eric Benisek argued.  Mike Jones responded.  The Court made rulings.

The next pretrial conference will be Thursday, January 26, 2017 at 9:00 a.m. The parties are instructed to submit updated exhibit lists before the next conference.

Court adjourned.