UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALFONSO CIOFFI, an individual<br>MEGAN ROZMAN, an individual,<br>MELANIE ROZMAN, an individual, and<br>MORGAN ROZMAN, an individual,<br><br>    Planitiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>    Defendant. | Case No. 2:13-cv-103 (JRG/RSP)<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

Notice is hereby given that attorney Christopher L. Larson enters his appearance in this matter as additional counsel for Plaintiffs, Alfonso Cioffi, Megan Rozman, Melanie Rozman and Morgan Rozman for the purpose of receiving notices from the Court.

Dated: January 19, 2017        Respectfully submitted,

        /s/ Christopher L. Larson
        Christopher L. Larson
        State Bar No. 308247
        **VASQUEZ BENISEK & LINDGREN LLP**
        3685 Mt. Diablo Boulevard, Suite 300
        Lafayette, CA 94549
        925-627-4250
        925-403-0900-Fax
        Email: clarson@vbllaw.com

        *Counsel for Plaintiffs Alfonso Cioffi, Megan*
        *Rozman, Melanie Rozman and Morgan Rozman*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this January 19, 2017, with a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Christopher L. Larson
Christopher L. Larson