# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ALFONSO CIOFFI, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:13-CV-103-JRG-RSP |
| | § | |
| GOOGLE, INC. | § | |

## Final Pretrial Conference
### MAG. JUDGE ROY PAYNE PRESIDING
### January 26, 2017

**OPEN: 9:00 am**                                                                  **ADJOURN: 11:15 am**

ATTORNEYS FOR PLAINTIFF:          Eric Benisek
                                  Bo Davis
                                  Chris Bunt

ATTORNEY FOR DEFENDANT:           Brian Berliner
                                  Patrick Clutter

LAW CLERK:                        Clint South

COURT REPORTER:                   Gayle Wear

COURTROOM DEPUTY:                 Becky Andrews

Court opened.   Case called.   Bo Davis announced ready for plaintiff and introduced co-counsel. Mike Jones announced ready for defendants and introduced co-counsel.

It is the Court's understanding that there are no remaining objections to the deposition designations.   The Court instructed the parties that if any issues arise before trial to let the Court know so they may be resolved before trial.

The Court heard argument on Defendant's objections to Plaintiffs' exhibits.   Brian Berliner argued for Google.   Eric Benisek responded for plaintiffs.   The Court made rulings.

The parties then argued Plaintiffs' objections to Defendant's exhibits.   Bo Davis and Eric Benisek argued for plaintiffs.   The Court made rulings.

After the break, Mr. Berliner informed the Court that defendant will supplement the expert's report and provide the report to plaintiff by February 2, 2017.   Mr. Benisek agreed with the timeline.

Eric Benisek argued Supplemental Motions in Limine Nos. 1 and 2.   Mr. Berliner responded.   The Court granted Motion in Limine No. 1 for the reasons orally stated.   With respect to No. 2, the motion was granted.   The Court will enter an Order accordingly.

The Court took a break for the parties to meet and confer regarding certain exhibits.

Mr. Benisek read into the record the agreements reached pertaining to those certain exhibits.

Court adjourned.