# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALFONSO CIOFFI, et al., | § |
| *Plaintiffs*, | § Case No. 2:13-CV-00103-JRG-RSP |
| v. | § |
| GOOGLE, INC., | § |
| *Defendant*. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 211)

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne (Dkt. No. 211) recommending denial of Plaintiffs' Motion for Partial Summary Judgment Re Certain Anticipation Opinions of Defendant's Invalidity Expert, Dr. William Arbaugh (Dkt. No. 157). No objections have been filed. Upon review of the Report, the Recommendation is adopted. Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 157) is **DENIED**.

**So ORDERED and SIGNED this 6th day of February, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE