**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ALFONSO CIOFFI ET AL | § § | |
| v. | § § | Case No. 2:13-CV-103-JRG |
| GOOGLE, INC. | § § | |

**MINUTES FOR JURY SELECTION/TRIAL DAY ONE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
FEBRUARY 6, 2017**

**OPEN: 9:21 a.m.** **ADJOURN: 5:30 p.m.**

ATTORNEYS FOR PLAINTIFF: See attached.

ATTORNEYS FOR DEFENDANT: See attached.

LAW CLERKS: Angela Oliver
Clint South
Matthew Zorn

COURT REPORTER: Shelly Holmes, CSR-TCRR

COURTROOM DEPUTY: Jan Lockhart

Page 2
February 6, 2017
Minutes

| TIME | MINUTES |
|---|---|
| 9:21 a.m. | Court opened.   Court's preliminary remarks to the Jury   Counsel announced ready for hearing. |
| 9:40 a.m. | Jury panel answered court's questions (1-9). |
| 10:03 a.m. | Voir dire by Mr. Davis. |
| 10:31 a.m. | Voir dire by Mr. Jones. |
| 10:58 a.m. | Bench conference. |
| 11:48 a.m. | Jury panel sworn.   Court preliminary jury instructions to the panel. |
| 11:55 a.m. | Jury excused for lunch.   Court to resume at 1:00 p.m. |
| 1:05 p.m. | Court reconvened. Court's instructions to Jury. |
| 1:40 p.m. | Opening statement by Mr. Davis on behalf of Plaintiff. |
| 2:07 p.m. | Opening statement by Mr. Snyder on behalf of Defendant. |
| 2:36 p.m. | Witnesses sworn.   Rule invoked. |
| 2:37 p.m. | Direct examination of Mr. Cioffi by Mr. Davis. |
| 3:02 p.m. | Recess. |
| 3:12 p.m. | Court reconvened.   Jury returned to the Courtroom. |
| 3:14 p.m. | Direct examination of Mr. Cioffi continued by Mr. Davis. |
| 4:01 p.m. | Bench conference. |
| 4:03 p.m. | Direct examination of Mr. Cioffi continued by Mr. Davis. |
| 4:19 p.m. | Cross examination of Mr. Cioffi by Mr. Snyder. |
| 5:23 p.m. | Bench conference. |
| 5:24 p.m. | Redirect examination of Mr. Cioffi by Mr. Davis. |
| 5:27 p.m. | Parties passed the witness.   Jury excused until 8:15 a.m. |
| 5:29 p.m. | Exhibits used prior day to be read into the record on Tuesday morning. |
| 5:30 p.m. | Court adjourned. |

.