**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ALFONSO CIOFFI ET AL | § | |
| | § | |
| v. | § | Case No. 2:13-CV-103-JRG |
| | § | |
| GOOGLE, INC. | § | |

---

**MINUTES FOR JURY TRIAL DAY TWO
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
FEBRUARY 7, 2017**

**OPEN:  8:34 a.m.**                              **ADJOURN:  5:51 p.m.**

---

ATTORNEYS FOR PLAINTIFF:          See attached.

ATTORNEYS FOR DEFENDANT:          See attached.

LAW CLERKS:                       Angela Oliver
                                  Clint South
                                  Matthew Zorn

COURT REPORTER:                   Shelly Holmes, CSR-TCRR

COURTROOM DEPUTY:                 Jan Lockhart

Page 2
February 7, 2017
Minutes

| TIME | MINUTES |
|---|---|
| 8:34 a.m. | Court opened. Exhibits used prior day |
| 8:36 a.m. | Jury returned to the courtroom.   Juror 4 was released due to family illness. |
| 8:39 a.m. | Direct examination of Aviel Rubin, Ph.D. by Mr. Benisek. |
| 9:52 a.m. | Recess. |
| 10:08 a.m. | Court reconvened.   Jury returned to the courtroom.   Direct examination of Dr. Rubin by Mr. Benisek continued. |
| 10:48 a.m. | Cross examination of Dr. Rubin by Mr. Snyder. |
| 11:43 a.m. | Bench conference. |
| 11:44 a.m. | Cross examination of Dr. Rubin by Mr. Snyder. |
| 11:55 a.m. | Bench conference. |
| 11:56 a.m. | Lunch recess. |
| 1:08 p.m. | Jury returned to the courtroom.   Redirect examination of Dr. Rubin by Mr. Benisek. |
| 1:17 p.m. | Bench conference. |
| 1:18 p.m. | Redirect examination of Dr. Rubin by Mr. Benisek. |
| 1:23 p.m. | Parties passed the witness.   Direct examination of Evan Hanau by Mr. Benisek. |
| 1:52 p.m. | Cross examination of Mr. Hanau by Mr. Almeling. |
| 2:05 p.m. | Bench conference. |
| 2:06 p.m. | Cross examination of Mr. Hanau by Mr. Almeling continued. |
| 2:07 p.m. | Redirect examination of Mr. Hanau by Mr. Benisek. |
| 2:08 p.m. | Witness excused. |
| 2:10 p.m. | Video deposition of Arnaud Weber. |
| 2:14 p.m. | Video deposition of Vivian Leung. |
| 2:23 p.m. | Deposition of Costa |
| 2:24 p.m. | Courtroom sealed. |
| 2:25 p.m. | Deposition of Costa |
| 2:39 p.m. | Bench conference. |
| 2:40 p.m. | Courtroom unsealed.   Recess. |
| 3:05 p.m. | Direct examination of Walt Bratic by Mr. Davis. |
| 3:14 p.m. | Bench conference. |
| 3:15 p.m. | Direct examination of Walt Bratic by Mr. Davis. |
| 3:49 p.m. | Courtroom sealed. |
| 4:20 p.m. | Bench conference. |
| 4:34 p.m. | Courtroom unsealed.   Recess. |
| 4:48 p.m. | Cross examination of Walt Bratic by Mr. Jones. |
| 5:21 p.m. | Courtroom sealed.   Bench conference. |
| 5:22 p.m. | Cross examination of Walt Bratic by Mr. Jones. |
| 5:37 p.m. | Courtroom unsealed.   Redirect examination of Walt Bratic by Mr. Davis. |
| 5:45 p.m. | Recross examination of Walt Bratic by Mr. Jones. |

Page 3
February 7, 2017
Minutes

| TIME | MINUTES |
|------|---------|
| 5:50 p.m. | Parties passed the witness.   Witness excused. Plaintiff rested. |
| 5:51 p.m. | Court adjourned. |