**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ALFONSO CIOFFI ET AL | § | |
| | § | |
| v. | § | Case No. 2:13-CV-103-JRG |
| | § | |
| GOOGLE, INC. | § | |

**MINUTES FOR JURY TRIAL DAY THREE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
FEBRUARY 8, 2017**

**OPEN:** 8:31 a.m.                                                                 **ADJOURN:** 6:06 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Angela Oliver<br>Clint South<br>Matthew Zorn |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

Page 2
February 8, 2017
Minutes

| TIME | MINUTES |
|---|---|
| 8:31 a.m. | Court opened. Exhibits used prior day |
| 8:35 a.m. | Jury returned to the courtroom. Direct examination of Linus Upson by Mr. Snyder. |
| 8:58 a.m. | Bench conference. |
| 9:00 a.m. | Direct examination of Linus Upson by Mr. Snyder. |
| 9:28 a.m. | Cross examination of Linus Upson by Mr. Davis. |
| 10:18 a.m. | Bench conference. |
| 10:19 a.m. | Recess. |
| 10:42 a.m. | Court reconvened. Bench conference. |
| 10:44 a.m. | Jury returned to the Courtroom. Cross examination of Linus Upson by Mr. Davis. |
| 10:55 a.m. | Redirect examination of Linus Upson by Mr. Snyder |
| 11:06 a.m. | Parties passed the witness |
| 11:07 a.m. | Direct examination of Mark Larson by Ms. Simmons. |
| 11:39 a.m. | Bench conference. |
| 11:43 a.m. | Direct examination of Mark Larson by Ms. Simmons. |
| 11:48 a.m. | Bench conference. |
| 11:50 a.m. | Objection by Mr. Benisek. Direct examination of Mark Larson by Ms. Simmons. |
| 11:51 a.m. | Court ruling. |
| 12:00 p.m. | Jury excused for recess. |
| 12:03 p.m. | Lunch recess. |
| 1:09 p.m. | Court reconvened. Direct examination of Mark Larson by Ms. Simmons. |
| 1:21 p.m. | Bench conference. |
| 1:22 p.m. | Direct examination of Mark Larson by Ms. Simmons. |
| 1:27 p.m. | Cross examination of Mark Larson by Mr. Benisek. |
| 1:55 p.m. | Redirect examination of Mark Larson by Ms. Simmons. |
| 1:58 p.m. | Recross examination of Mark Larson by Mr. Benisek. |
| 2:00 p.m. | Direct examination of William Arbaugh by Ms. Simmons. |
| 3:06 p.m. | Bench conference. |
| 3:07 p.m. | Recess |
| 3:44 p.m. | Hearing outside the presence of the Jury. |
| 3:49 p.m. | Jury returned to the courtroom. Direct examination of William Arbaugh by Ms. Simmons. |
| 4:10 p.m. | Cross examination of William Arbaugh by Mr. McArthur. |
| 4:27 p.m. | Redirect examination of William Arbaugh by Ms. Simmons. |
| 4:29 p.m. | Parties passed the witness. Bench conference. |
| 4:30 p.m. | Recess. |
| 5:05 p.m. | Court reconvened. Direct examination of Michael Kogan, Ph.D. by Mr. Ameling. |
| 5:59 p.m. | Bench Conference. |

Page 3
February 8, 2017
Minutes

| TIME | MINUTES |
|---|---|
| 6:00 p.m. | Direct examination of Michael Kogan, Ph.D. by Mr. Ameling. |
| 6:01 p.m. | Recess.   Jury excused. |
| 6:03 p.m. | Hearing outside the presence of the Jury. |
| 6:06 p.m. | Court adjourned. |