**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ALFONSO CIOFFI ET AL | § | |
| | § | |
| v. | § | Case No. 2:13-CV-103-JRG |
| | § | |
| GOOGLE, INC. | § | |

**MINUTES FOR JURY TRIAL DAY FOUR
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
FEBRUARY 9, 2017**

**OPEN:** 8:29 a.m.                                                                              **ADJOURN:** 4:30 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Angela Oliver<br>Clint South<br>Matthew Zorn |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

Page 2
February 9, 2017
Minutes

| TIME | MINUTES |
|---|---|
| 8:29 a.m. | Court opened. Exhibits used prior day read into the record. |
| 8:33 a.m. | Jury returned to the courtroom.   . |
| 8:33 a.m. | Direct examination of Michael Kogan, Ph.D. by Mr. Ameling. |
| 8:46 a.m. | Cross examination of Michael Kogan Ph.D. by Mr. Benisek. |
| 9:13 a.m. | Redirect examination of Michael Kogan Ph.D. by Mr. Ameling. |
| 9:18 a.m. | Recross examination of Michael Kogan Ph.D. by Mr. Benisek. |
| 9:22 a.m. | Parties passed the witness. |
| 9:23 a.m. | Direct examination of Chris Bakewell by Mr. Jones. |
| 10:07 a.m. | Courtroom sealed. |
| 10:16 a.m. | Bench conference. |
| 10:21 a.m. | Courtroom unsealed.   Recess. |
| 10:35 a.m. | Court reconvened.   Jury returned to the courtroom. |
| 10:37 a.m. | Cross examination of Chris Bakewell by Mr. Davis. |
| 10:46 a.m. | Bench conference. |
| 10:47 a.m. | Cross examination of Chris Bakewell by Mr. Davis. |
| 11:13 a.m. | Defendant rested. |
| 11:14 a.m. | Direct examination of Hubert E. Dunsmore, Ph.D. by Mr. Benisek. |
| 12:02 p.m. | Bench conference.   Lunch recess until 12:40 |
| 12:59 p.m. | Court reconvened.   Direct examination of Hubert E. Dunsmore, Ph.D. by Mr. Benisek. |
| 1:12 p.m. | Cross examination of Dr. Dunsmore by Ms. Simmons. |
| 1:47 p.m. | Bench conference. |
| 1:48 p.m. | Cross examination of Dr. Dunsmore by Ms. Simmons. |
| 2:36 p.m. | Recess. |
| 2:58 p.m. | Redirect examination of Dr. Dunsmore by Mr. Benisek. |
| 3:03 p.m. | Bench conference. |
| 3:04 p.m. | Redirect examination of Dr. Dunsmore by Mr. Benisek. |
| 3:06 p.m. | Recross examination of Dr. Dunsmore by Ms. Simmons. |
| 3:07 p.m. | Witness excused. |
| 3:08 p.m. | Direct examination of Aviel Rubin, Ph.D. by Mr. Benisek. |
| 3:23 p.m. | Cross examination of Aviel Rubin, Ph.D. by Mr. Snyder. |
| 3:35 p.m. | Redirect examination of Aviel Rubin, Ph.D. by Mr. Benisek. |
| 3:37 p.m. | Parties passed the witness. Jury excused until 9:00 a.m. |
| 3:38 p.m. | Recess. |
| 3:56 p.m. | The Court heard arguments on Judgments as a matter of Law.   Mr. Benisek argued for Plaintiff.   Ms. Simmons argued for Defendant.   The Court ruled on the Motions. |

Page 3
February 9, 2017
Minutes

| TIME | MINUTES |
|---|---|
| 4:30 p.m. | Court adjourned. |