IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALFONSO CIOFFI, an individual, <br> MEGAN ROZMAN, an individual, <br> MELANIE ROZMAN, an individual, and <br> MORGAN ROZMAN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE INC., <br><br> Defendant. | Civil Action No. 2:13-cv-103 <br><br> **JURY TRIAL REQUESTED** |

## VERDICT FORM

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Court's charge. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein, "Plaintiffs" means Plaintiffs Alfonso Cioffi, Megan Rozman, Melanie Rozman, and Morgan Rozman. As used herein, "Defendant" means Defendant Google Inc.

As used herein, "Patents-in-Suit" means: U.S. Patent No. RE43,500 ('500 Patent); U.S. Patent No. RE43,528 ('528 Patent); and U.S. Patent No. RE43,529 ('529 Patent).

**NOTE: YOU <u>MUST</u> ANSWER QUESTION 1 **

### QUESTION 1: Infringement

Did Plaintiffs prove by a preponderance of the evidence that Defendant infringed the following claims of the Patents-in-Suit?

Check "Yes" or "No" for each listed claim in the space provided.
("Yes" is a finding for Plaintiffs; "No" is a finding for Defendant)

'500 Patent

    Claim 43:    Yes ___✓___ No _____

'528 Patent

    Claim 5:    Yes ___✓___ No _____

    Claim 67:    Yes ___✓___ No _____

'529 Patent

    Claim 49:    Yes ___✓___ No _____

If you answered "<u>No</u>" to <u>all</u> of the above questions, you should <u>not</u> answer any further questions, and in that case, your foreperson should date and sign the last page of this verdict form, and you should notify the Court Security Officer that you have reached a verdict. If you answered "<u>Yes</u>" to <u>any</u> of the above questions, proceed and answer the next question as directed.

*[signature]*

## ** ANSWER THIS NEXT QUESTION ONLY AS TO THOSE CLAIMS YOU ANSWERED "YES" TO IN QUESTION 1 ABOVE — OTHERWISE DO NOT ANSWER THIS QUESTION. **

### QUESTION 2: Invalidity

Did Defendant prove by clear and convincing evidence that any of the following claims of the Patents-in-Suit are invalid?

Check "Yes" or "No" for each listed claim in the space provided.
("Yes" is a finding for Defendant; "No" is a finding for Plaintiffs)

'528 Patent, Claim 67

| | | |
|---|---|---|
| Invalid as **anticipated** in view of prior art: | Yes _____ | No ✓ |
| Invalid as violating the rule against **recapture**: | Yes _____ | No ✓ |
| Invalid as violating the **original patent requirement**: | Yes _____ | No ✓ |

'500 Patent, Claim 43

| | | |
|---|---|---|
| Invalid as **obvious** in view of prior art: | Yes _____ | No ✓ |
| Invalid as violating the rule against **recapture**: | Yes _____ | No ✓ |
| Invalid as violating the **original patent requirement**: | Yes _____ | No ✓ |

'528 Patent, Claim 5

| | | |
|---|---|---|
| Invalid as **obvious** in view of prior art: | Yes _____ | No ✓ |
| Invalid as violating the **original patent requirement**: | Yes _____ | No ✓ |

'529 Patent, Claim 49

| | | |
|---|---|---|
| Invalid as **obvious** in view of prior art: | Yes _____ | No ✓ |
| Invalid as violating the **original patent requirement**: | Yes _____ | No ✓ |

3

*** NOTE: ANSWER QUESTION 3 <u>ONLY IF</u> YOU HAVE FOUND AT LEAST ONE CLAIM LISTED IN QUESTION 1 INFRINGED <u>AND</u> FOUND THAT SUCH CLAIM IS NOT INVALID IN QUESTION 2. OTHERWISE, DO NOT ANSWER THIS NEXT QUESTION. ***

### QUESTION 3: Damages

(A) What sum of money, if paid today in cash, have Plaintiffs proven by a preponderance of the evidence would fairly and reasonably compensate Plaintiffs for damages resulting from Defendant's infringement?

$ __20,000,000__

(B) Is this monetary award a lump sum or a running royalty?

**Check one of the following:**

Lump sum: _____

-OR-

Running royalty: __✓__

4

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signed this __10__ day of February, 2017.


_____
Jury Foreperson