**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALFONSO CIOFFI ET AL | § | |
| | § | |
| v. | § | Case No. 2:13-CV-103-JRG |
| | § | |
| GOOGLE, INC. | § | |

**MINUTES FOR JURY TRIAL DAY FOUR**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**FEBRUARY 10, 2017**

**OPEN: 8:01 a.m.**                                                                                   **ADJOURN: 3:26 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Angela Oliver<br>Clint South<br>Matthew Zorn |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:01 a.m. | Court opened. Exhibits used prior day read into the record. |
| 8:03 a.m. | Formal charge conference. Mr. Steinberg argued on behalf of Plaintiff Mr. Berliner argued on behalf of Defendant. |
| 9:13 a.m. | Court's instructions to the Jury. |
| 10:13 a.m. | Closing argument by Mr. Davis. |
| 10:38 a.m. | Closing argument by Mr. Snyder. |
| 11:08 a.m. | Rebuttal closing argument by Mr. Davis. |
| 11:12 a.m. | Court's final instructions to Jury. |
| 11:30 a.m. | Jury retired to Jury Room for deliberation. |
| 11:35 a.m. | Recess. |
| 2:50 p.m. | Court reconvened. Jury Note No. 1 received. Response sent back to Jury. |
| 2:55 p.m. | Recess. |
| 3:19 p.m. | Court reconvened. Jury returned to the Courtroom. Jury Verdict received. |
| 3:25 p.m. | Court read the Verdict; jurors polled; unanimous Verdict. |
| 3:26 p.m. | Court adjourned. |