**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ALFONSO CIOFFI ET AL | § | |
| | § | |
| v. | § | Case No. 2:13-CV-103-JRG |
| | § | |
| GOOGLE, INC. | § | |

**MINUTES FOR MOTIONS HEARING
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
July 6, 2017**

**OPEN:   9:05 a.m.**                                                                                       **ADJOURN: 10:25 a.m.**

ATTORNEYS FOR PLAINTIFF:                 See attached.

ATTORNEYS FOR DEFENDANT:               See attached.

LAW CLERKS:                                              Angela Oliver
                                                                   Clint South
                                                                   Matthew Zorn

COURT REPORTER:                                  Shelly Holmes, CSR-TCRR

COURTROOM DEPUTY:                          Jan Lockhart

| TIME | MINUTES |
|---|---|
| 9:05 a.m. | Court opened.   Counsel announced ready for hearing. |
| 9:10 a.m. | The Court held the hearing on the Motion Entry of Judgment by Alfonso Cioffi, Megan Rozman, Melanie Rozman, Morgan Rozman (Dkt. No. 281) and the SEALED PATENT MOTION for Ongoing Royalty by Alfonso Cioffi, Megan Rozman, Melanie Rozman, Morgan Rozman (Dkt. No. 277). |
| | Messrs. Benisek, Snyder and Almeling argued on behalf of the parties. |
| 10:05 a.m. | Courtroom sealed. |
| 10:19 a.m. | Courtroom unsealed. |
| 10:25 a.m. | The Court took the matters under submission.   Court adjourned. |