**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ALFONSO CIOFFI,  MELANIE ROZMAN, MEGAN ROZMAN,  MORGAN ROZMAN, | § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | CIVIL ACTION NO.  2:13-CV-00103-JRG |
| GOOGLE LLC, | | |
| *Defendant*. | | |

**ORDER**

Before the Court is Defendant Google LLC's ("Google") Motion for Clarification Regarding the Court's Opinion and Order (Dkt. No. 319) Granting-in-Part Google's Motion for New Trial and Setting a Bench Trial ("Motion"). (Dkt. No. 320.)  Having considered the Motion and the parties' briefing, the Court is of the opinion that the motion should be, and hereby is, **DENIED**.  The Court did not, by its previous order (Dkt. No. 320), signal more than the Court's intention to consider the previously developed record.  The Court does not intend to conduct a new evidentiary hearing in this regard.  The Court will adjudicate Google's invalidity defense under 35 U.S.C. § 251 based on the entire record previously developed at trial and taking into account Google and Plaintiffs Alfonso Cioffi, Melanie Rozman, Megan Rozman, Morgan Rozman's respective proposed Findings of Fact and Conclusions of Law (Dkt. Nos. 323, 324).

**So Ordered this**
**Oct 22, 2018**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE