# United States Court of Appeals
# for the Federal Circuit

————————————

**ALFONSO CIOFFI, MELANIE ROZMAN, MEGAN ROZMAN, MORGAN ROZMAN,**

*Plaintiffs-Appellees*

v.

**GOOGLE LLC,**

*Defendant-Appellant*

————————————

2018-1049

————————————

Appeal from the United States District Court for the Eastern District of Texas in No. 2:13-cv-00103-JRG, Chief Judge J. Rodney Gilstrap.

————————————

**MANDATE**

————————————

In accordance with the judgment of this Court, entered April 18, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellant Google LLC in the amount of $672.00 and taxed against the appellee.

FOR THE COURT

July 24, 2023                    /s/ Jarrett B. Perlow
    Date                          Jarrett B. Perlow
                                  Clerk of Court